1434

## RECONSIDERATION DOCKET

**99–239 and 99–427.   State v. Reiner.**
Lucas App. No. L–97–1002. Reported at 93 Ohio St.3d 601, 757 N.E.2d 1143. On motion for reconsideration. Motion denied.

MOYER, C.J., and COOK, J., dissent.

RESNICK, J., not participating.